UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re:  Raashon Aziz ) | | |
| SSN: xxx-xx-5658 ) | Bankruptcy No: 13-33473 | |
| 13747 West River Road ) | Chapter 13 | |
| Palmyra, VA 22963 ) | | |
| ) | | |
| **Debtors** ) | | |

**JPMORGAN CHASE BANK, N.A.**            )
                                                                    )
        **Movant**                                               )
                                                                    )
v                                                                  )
                                                                    )
**RAASHON AZIZ**                                   )
**CARL M. BATES, TRUSTEE**            )
                                                                    )
        **Respondent**                                     )

ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of DT Credit Company, LLC to modify the automatic stay; it is ORDERED that the automatic stay by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce its rights under

its security agreement to lawfully repossess and liquidate certain personal property to wit:

2005 Chevrolet Truck VIN: 3GNFK16Z75G230502

DONE at Richmond, Virginia, this ____ day of _____, 2014.

Aug 19 2014        /s/ Kevin R. Huennekens
_____    _____
                                United States Bankruptcy Judge

Proponent of Order
Matthew D. Huebschman, Esq., VSB 44181
Of Counsel to Movant
P.O. Box 75, Roanoke, VA 24002-0075

Entered on Docket: Aug 19 2014

I ask for this:

*/s/ Matthew D. Huebschman*
Matthew D. Huebschman, Esq. (VSB# 44181)
 Of Counsel to Movant
SHENANDOAH LEGAL GROUP, P.C.
P.O. Box 75
Roanoke, VA  24002
(540)344-4490
mhuebsch@shenlegal.com

Seen:

*/s/ Carl M. Bates*
Carl M. Bates, Trustee
P O Box 1819
Richmond, VA 23218

## CERTIFICATION

The undersigned certifies that the foregoing Consent Order Modifying Automatic Stay is identical to the form order required by Administrative Order 10-2 and that no modification, addition, or deletion has been made.

                    */s/ Matthew D. Huebschman*
                    Attorney for Movant

## CERTIFICATE OF SERVICE AND ENDORSEMENT

I, Matthew D. Huebschman, Esq., certify that

[ ]     Pursuant to L. R. 9022-1(C)(2) the proposed order has been served on all necessary parties by first class mail, postage prepaid

[ x ]    Pursuant to L.R. 9022-1(C)(1) the proposed order has been endorsed by all necessary parties.

[ ]     Pursuant to L.R. 9022-1(E), all necessary parties have endorsed and consented to this Order.

                    */ s/ Matthew D. Huebschman*
                    Matthew D. Huebschman

Copies to:

Matthew D. Huebschman, Esq.
P.O. Box 75
Roanoke, VA 24002

Rudolph C. McCollum, Jr.
P O Box 4595
Richmond, VA 23220

Carl M. Bates, Trustee
P O Box 1819
Richmond, VA 23218

Copy mailed to:

Raashon Aziz
13747 West River Road
Palmyra, VA 22963