**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

In re:  **Raashon Aziz**                          )
      **SSN: xxx-xx-5658**                    )          **Bankruptcy No: 13-33473**
      **13747 West River Road**            )          **Chapter 13**
      **Palmyra, VA 22963**                   )
                                                                )
      **Debtors**                                     )

_____

**JPMORGAN CHASE BANK, N.A.**      )
                                                                )
      **Movant**                                       )
                                                                )
**v**                                                           )
                                                                )
**RAASHON AZIZ**                               )
**CARL M. BATES,  TRUSTEE**           )
                                                                )
      **Respondent**                                )

<u>AMENDED ORDER GRANTING RELIEF FROM STAY</u>

      Upon consideration of the motion of JPMorgan Chase Bank, N.A. to modify the automatic stay; it is ORDERED that the automatic stay by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce its rights under

its security agreement to lawfully repossess and liquidate certain personal property to wit:

      2005 Chevrolet Truck VIN: 3GNFK16Z75G230502

      DONE at Richmond, Virginia, this _____ day of _____, 2014.

Aug 22 2014   /s/ Kevin R. Huennekens
_____
United States Bankruptcy Judge

_____

Proponent of Order
Matthew D. Huebschman, Esq., VSB 44181
Of Counsel to Movant                                    Entered on Docket:Aug 22 2014
P.O. Box 75, Roanoke, VA 24002-0075

I ask for this:


*/s/ Matthew D. Huebschman*
Matthew D. Huebschman, Esq. (VSB# 44181)
 Of Counsel to Movant
SHENANDOAH LEGAL GROUP, P.C.
P.O. Box 75
Roanoke, VA   24002
(540)344-4490
mhuebsch@shenlegal.com

Seen:

*/s/Carl M. Bates*
Carl M. Bates, Trustee
P O Box 1819
Richmond, VA 23218

## CERTIFICATION


The undersigned certifies that the foregoing Consent Order Modifying Automatic Stay is identical to the form order required by Administrative Order 10-2 and that no modification, addition, or deletion has been made.

*/s/ Matthew D. Huebschman*
Attorney for Movant


## CERTIFICATE OF SERVICE AND ENDORSEMENT

I, Matthew D. Huebschman, Esq., certify that

[   ]     Pursuant to L. R. 9022-1(C)(2) the proposed order has been served on all necessary parties by first class mail, postage prepaid

[ x ]     Pursuant to L.R. 9022-1(C)(1) the proposed order has been endorsed by all necessary parties.

[   ]     Pursuant to L.R. 9022-1(E), all necessary parties have endorsed and consented to this Order.

*/ s/ Matthew D. Huebschman*
Matthew D. Huebschman

Copies to:

Matthew D. Huebschman, Esq.
P.O. Box 75
Roanoke, VA 24002

Rudolph C. McCollum, Jr.
P O Box 4595
Richmond, VA 23220

Carl M. Bates, Trustee
P O Box 1819
Richmond, VA 23218

Copy mailed to:

Raashon Aziz
13747 West River Road
Palmyra, VA 22963